**BRYAN CAVE LLP**
Jed P. White (State Bar No. 232339)
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email:   jed.white@bryancave.com

Attorney for Defendant
Cash Net USA dba CNU of California LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| Suzanne Barrera,<br><br>            Plaintiff,<br><br>        v.<br><br>Cash Net USA dba CNU of California LLC, and DOES 1 through 100 inclusive,<br><br>            Defendants. | Case No. 5:17-cv-02931-HRL<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Complaint filed: May 22, 2017<br>Trial date:        Not Assigned |

**PLEASE TAKE NOTICE** that the above-referenced matter has been settled as among Plaintiff Suzanne Barrera ("Plaintiff") and Defendant Cash Net USA dba CNU of California LLC ("CNU"). Plaintiff will file a voluntary dismissal with prejudice as soon as CNU has fulfilled its obligations under the settlement agreement, which is expected to be completed by July 28, 2017, thus ending this entire action.

Dated: July 11, 2017

**BRYAN CAVE LLP**

By: */s/ Jed P. White*
    Jed P. White
Attorney for Defendant
Cash Net USA dba CNU of California LLC

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CA 90401

SM01DOCS\1197069.1

2

NOTICE OF SETTLEMENT
5:17-CV-02931-HRL

# **CERTIFICATE OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401.

On July 11, 2017, I served the foregoing documents, described as:

**NOTICE OF SETTLEMENT**, on each interested party in this action, as follows:

☒ (VIA ELECTRONIC SERVICE): The document will be served via The United States District Court – Northern District's CM/ECF case management system which generates a Notice of Electronic Filing (NEF) upon the assigned judge and any registered party or user in the case.

☐ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ BY OVERNIGHT CARRIER: I deposited in a box or other facility maintained by FedEx or other express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, for overnight delivery, with delivery fees paid or provided for.

Executed on July 11, 2017, at Santa Monica, California.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United State of America and the State of California that the foregoing is true and correct.

/s/*Christine A. Kehlenbeck*
Christine A. Kehlenbeck