Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Suzanne Barrera

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE BARRERA,<br><br>　　　　Plaintiff,<br><br>  v.<br><br><br>CASH NET USA DBA CNU OF CALIFORNIA LLC, and DOES 1 through 100 inclusive,<br><br>　　　　Defendant. | Case No.: 5:17-cv-02931-HRL<br><br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT CASH NET USA DBA CNU OF CALIFORNIA LLC; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Suzanne Barrera and defendant Cash Net USA dba CNU of California LLC that Cash Net USA dba CNU of California LLC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

STIPULATION FOR DISMISSAL OF DEFENDANT CASH NET USA DBA CNU OF CALIFORNIA LLC; [PROPOSED] ORDER -1-

DATED: August 25, 2017        **Sagaria Law, P.C.**

                         By:   /s/ Elliot Gale
                               Elliot Gale
                               Attorney for Plaintiff Suzanne Barrera


DATED: August 25, 2017        **Bryan Cave, LLP**

                         By:   /s/ Jed P. White
                               Jed P. White
                               Attorney for Defendant Cash Net USA dba
                               CNU of California LLC


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Jed P. White has concurred in this filing.

/s/ Elliot Gale

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Cash Net USA dba CNU of California LLC is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

                                   Hon. Howard R. Lloyd
                                   UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF DEFENDANT CASH NET USA DBA CNU OF CALIFORNIA LLC; [PROPOSED] ORDER -2-