| | |
|---|---|
| 1 | Scott J. Sagaria (SBN 217981) |
| | SJSagaria@sagarialaw.com |
| 2 | Elliot W. Gale (SBN 263326) |
| | EGale@sagarialaw.com |
| 3 | Joe Angelo (SBN 268542) |
| | JAngelo@sagarialaw.com |
| 4 | SAGARIA LAW, P.C. |
| | 3017 Douglas Blvd., Ste 100 |
| 5 | Roseville, CA 95661 |
| | Telephone:  (408) 279-2288 |
| 6 | Facsimile:  (408) 297-2299 |
| 7 | Attorneys for Plaintiff Suzanne Barrera |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE BARRERA, | Case No.: 5:17-cv-02931-HRL |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT CASH NET USA DBA CNU OF CALIFORNIA LLC; [PROPOSED] ORDER** |
| CASH NET USA DBA CNU OF CALIFORNIA LLC, and DOES 1 through 100 inclusive, | |
| Defendant. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Suzanne Barrera and defendant Cash Net USA dba CNU of California LLC that Cash Net USA dba CNU of California LLC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

STIPULATION FOR DISMISSAL OF DEFENDANT CASH NET USA DBA CNU OF CALIFORNIA LLC; [PROPOSED] ORDER -1-

DATED: August 25, 2017                **Sagaria Law, P.C.**

By:    /s/ Elliot Gale
       Elliot Gale
       Attorney for Plaintiff Suzanne Barrera


DATED: August 25, 2017                **Bryan Cave, LLP**

By:    /s/ Jed P. White
       Jed P. White
       Attorney for Defendant Cash Net USA dba
       CNU of California LLC

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Jed P. White has concurred in this filing.

/s/ Elliot Gale

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Cash Net USA dba CNU of California LLC is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 8/31/2017

Hon. Howard R. Lloyd
UNITED STATES ~~DISTRICT JUDGE~~
Magistrate Judge

STIPULATION FOR DISMISSAL OF DEFENDANT CASH NET USA DBA CNU OF CALIFORNIA LLC; [~~PROPOSED~~] ORDER -2-